UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2013 MAR 21  PM 3:31

CLERK

BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
v. )
) Docket No. 2:13-CR-40
AARON GRAY and JONATHAN STEWART, )
)
Defendants. )

## INDICTMENT

### Count 1

The grand jury charges:

From in or about December, 2012, and continuing until in or about January, 2013, in the District of Vermont and elsewhere, the defendants AARON GRAY and JONATHAN STEWART knowingly and willfully conspired with each other, and with persons known and unknown to the Grand Jury, to distribute a mixture or substance containing a detectible amount of heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a), 846)

A TRUE BILL

███████████████

FOREPERSON

_Tristram J. Coffin_ (NJC)
TRISTRAM J. COFFIN
United States Attorney
Burlington, Vermont
March 21, 2013